IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

DEC 2 1 2005

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JIMMEY COOPER,<br>Plaintiff, | § § § | |
| vs. | § § | |
| NATIONAL OILWELL, L.P. AND<br>AUSTIN PERSONNEL SERVICES,<br>Defendants. | § § § § | CIVIL ACTION NO.H-04-3051<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

### A.  Introduction

1.   Plaintiff is Jimmie Cooper; Defendants are National Oilwell, L.P. and Austin Personnel Services.

2.   Plaintiff filed an action against defendants for sexual harassment, and defendant National Oilwell, L.P. has filed a motion for summary judgment. Neither defendant has filed a counterclaim.

3.   Plaintiff now asks the Court to dismiss his action against both defendants, *with prejudice.*

### B.  Argument

4. The court may grant a motion for voluntary dismissal if the dismissal will not unfairly prejudice the nonmovant.  Fed. R. Civ. P. 41(a)(2); *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002).

5. Plaintiff asks this Court to dismiss his action against defendants. Defendants have not filed counterclaims, and dismissal would not unfairly prejudice defendants.

### C.  Conclusion

6. For the above reasons, plaintiff asks the Court to dismiss his action against defendants with prejudice.

Respectfully submitted,
The Blue Law Firm, PLLC

Ramel J. Blue
Attorney-in-Charge, Plaintiff
Texas State Bar No. 24038772
Southern District Bar No. 36979
2401 Fountain View, Suite 322
Houston, TX 77057
(713) 349-9299 Phone
(713) 349-9244 Facsimile

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of Plaintiff's Motion for Voluntary Dismissal was served by serving Defendants' counsel on December 20, 2005.

Ramel J. Blue, Attorney for Plaintiff

### CERTIFICATE OF CONFERENCE

Via email, on December 19, 2005, I attempted to confer with defendant National Oilwell. Essentially, I sought an agreement to dismiss the current action with prejudice. Counsel for National Oilwell has not responded. Via phone, on December 19, 2005, I left a detailed voicemail for defendant Austin Personnel Services. Counsel for Austin Personnel Services has not responded.

Ramel J. Blue, Attorney for Plaintiff

2